# Exhibit 2



ETSI Rules of Procedure, 29-30 November 2022

# IPR INFORMATION STATEMENT AND LICENSING DECLARATION

**IPR HOLDER / ORGANISATION ("Declarant")**
Legal Name: ZTE Corporation

**CONTACT DETAILS FOR LICENSING INFORMATION:**
Name and Title: Mr. Guanglei Chen, IPR Director
Department: Intellectual Property Dept.
Address:
Telephone: +8629 83636285                Fax:
Email: chen.guanglei2@zte.com.cn          URL:

**IPR INFORMATION STATEMENT**

In accordance with Clause 4.1 of the ETSI IPR Policy the Declarant and/or its AFFILIATES hereby informs ETSI that it is the Declarant's and/or its AFFILIATES' present belief that the IPR(s) disclosed in the attached *IPR Information Statement Annex* may be or may become ESSENTIAL in relation to at least the ETSI Work Item(s), STANDARD(S) and/or TECHNICAL SPECIFICATION(S) identified in the attached *IPR Information Statement Annex*.

The Declarant and/or its AFFILIATES *(check one box only):*

[X] are the proprietor of the IPR(s) disclosed in the attached *IPR Information Statement Annex*.

[ ] are not the proprietor of the IPR(s) disclosed in the attached *IPR Information Statement Annex*.

**IPR LICENSING DECLARATION**

In accordance with Clause 6.1 of the ETSI IPR Policy the Declarant and/or its AFFILIATES hereby irrevocably declares the following *(check one box only, and subordinate box, where applicable):*

[X] To the extent that the IPR(s) disclosed in the attached *IPR Information Statement Annex* are or become, and remain ESSENTIAL in respect of the ETSI Work Item, STANDARD and/or TECHNICAL SPECIFICATION identified in the attached *IPR Information Statement Annex*, the Declarant and/or its AFFILIATES are (1) prepared to grant irrevocable licences under this/these IPR(s) on terms and conditions which are in accordance with Clause 6.1 of the ETSI IPR Policy; and (2) will comply with Clause 6.1 bis of the ETSI IPR Policy.

[X] This irrevocable undertaking is made subject to the condition that those who seek licences agree to reciprocate *(check box if applicable):*

[ ] The Declarant and/or its AFFILIATES are not prepared to make the above IPR Licensing Declaration (reasons may be explained in writing in the attached *IPR Licensing Declaration Annex*).

The construction, validity and performance of this IPR information statement and licensing declaration shall be governed by the laws of France.
Terms in ALL CAPS on this form have the meaning provided in Clause 15 of the ETSI IPR Policy.

**SIGNATURE**

By signing this IPR Information Statement and Licensing Declaration form, you represent that you have the authority to bind the Declarant and/or its AFFILIATES to the representations and commitments provided in this form.

Name of authorized person: Mr. Guanglei Chen
Title of authorized person:
Place, Date: ZTE Plaza, Hi-Tech Road/South, Shen Zhen, China, 30/10/2024
Signature: *Guanglei Chen*
Guanglei Chen (Oct 30, 2024 22:19 GMT+8)

*Please return this form duly signed to: ETSI Director-General*
*ETSI - 650, route des Lucioles - F-06921 Sophia Antipolis Cedex – France / Fax. +33 (0) 4 93 65 47 16*



ETSI Rules of Procedure, 29-30 November 2022

## IPR Information Statement Annex

| Disclosure Number | Project or Standard name | Work Item or Standard No. | Illustrative Specific part of the standard (e.g. Section) | Version (V.X.X.X) | Applicant/holder | Application No. | Publication No. | Patent/Application Title | Country of registration | Application No. | Publication No. | Country of registration |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 5G | TS 24.341<br>TS 29.540 | | | ZTE CORP | CN201410652812 | CN105682058 B | METHOD AND DEVICE FOR ROUTING SHORT MESSAGE | CHINA | | | |
| 2 | 5G | TS 29.212 | | | ZTE CORP | CN201410579315 | CN105591783 B | METHOD AND DEVICES FOR REALIZING POLICY RULE SYNCHRONIZATION BETWEEN NETWORK ELEMENTS | CHINA | | | |
| 3 | 5G | TS 38.211 | | | ZTE CORP | CN202211620318 | CN118214526 A | INFORMATION PROCESSING METHOD, COMMUNICATION DEVICE, STORAGE MEDIUM AND PROGRAM PRODUCT | CHINA | | | |
| 4 | 5G | TS 26.140<br>TS 26.141<br>TS 22.281<br>TS 26.281<br>TS 26.118<br>TS 26.265 | | | ZTE CORP | CN201110340195 | CN103096047 B | FRAGMENT LAYER PARAMETER SET DECODING AND ENCODING METHOD AND DEVICE | CHINA | | | |
| 5 | 5G | TS 26.140<br>TS 26.141<br>TS 22.281<br>TS 26.281<br>TS 26.118<br>TS 26.265 | | | ZTE CORP | CN20121067197 | CN103313048 B | METHOD FOR SELF-ADAPTIVELY CONTROLLING BIN QUANTITY BY ARITHMETIC CODING CONTEXT CODING MODE | CHINA | | | |
| 6 | 5G | TS 26.119<br>TS 26.264 | | | ZTE CORP | CN201210551314 | CN103873453 B | IMMERSION COMMUNICATION CLIENT, IMMERSION COMMUNICATION SERVER AND CONTENT VIEW OBTAINING METHOD | CHINA | | | |
| 7 | 5G | TS 26.119<br>TS 26.113<br>TS 26.264 | | | ZTE CORP | CN201310571730 | CN104639518 B | SESSION BUILDING METHOD AND DEVICE AND SESSION CONTENT DELIVERING METHOD AND DEVICE | CHINA | | | |

\* Information on other members of a PATENT FAMILY is provided voluntarily (Clause 4.3 of the ETSI IPR Policy).

*Please return this form together with the "IPR Information Statement and Licensing Declaration form" to:*
*ETSI Director-General - ETSI - 650, route des Lucioles - F-06921 Sophia Antipolis Cedex – France / Fax. +33 (0) 4 93 65 47 16*

# ETSI_ISLD-202410-087.pdf

Final Audit Report                                                                 2024-10-30

| | |
|---|---|
| Created: | 2024-10-30 |
| By: | ETSI IPR E-SIGN (ipresign@etsi.org) |
| Status: | Signed |
| Transaction ID: | CBJCHBCAABAAPxSmJ68VWDy_PxN-NEvGDH-6v1F1k1Om |

## "ETSI_ISLD-202410-087.pdf" History

- Document created by ETSI IPR E-SIGN (ipresign@etsi.org)
  2024-10-30 - 14:18:12 GMT- IP address: 195.238.226.3

- Document emailed to chen.guanglei2@zte.com.cn for signature
  2024-10-30 - 14:18:16 GMT

- Email viewed by chen.guanglei2@zte.com.cn
  2024-10-30 - 14:19:16 GMT- IP address: 58.251.27.114

- Signer chen.guanglei2@zte.com.cn entered name at signing as Guanglei Chen
  2024-10-30 - 14:19:43 GMT- IP address: 58.251.27.114

- Document e-signed by Guanglei Chen (chen.guanglei2@zte.com.cn)
  Signature Date: 2024-10-30 - 14:19:45 GMT - Time Source: server- IP address: 58.251.27.114

- Agreement completed.
  2024-10-30 - 14:19:45 GMT

