| | |
|---|---|
| 1 | Brandon H. Brown (SBN 266347) |
| 2 | KIRKLAND & ELLIS LLP<br>555 California Street, 27th Floor |
| 3 | San Francisco, CA 94104<br>Telephone: (415) 439-1400 |
| 4 | Email: bhbrown@kirkland.com |
| 5 | Gregory S. Arovas (*pro hac vice* forthcoming)<br>Todd M. Friedman (*pro hac vice* forthcoming) |
| 6 | KIRKLAND & ELLIS LLP<br>601 Lexington Avenue |
| 7 | New York, NY 10022<br>Telephone: (212) 446-4800 |
| 8 | Email: greg.arovas@kirkland.com<br>Email: todd.friedman@kirkland.com |
| 9 | Edward C. Donovan (*pro hac vice* forthcoming) |
| 10 | Stephen C. DeSalvo (*pro hac vice* forthcoming)<br>KIRKLAND & ELLIS LLP |
| 11 | 1301 Pennsylvania Avenue NW<br>Washington, DC 20004 |
| 12 | Telephone: (202) 389-5000<br>Email: edward.donovan@kirkland.com |
| 13 | Email: stephen.desalvo@kirkland.com |
| 14 | David Rokach (*pro hac vice* forthcoming)<br>KIRKLAND & ELLIS LLP |
| 15 | 333 W Wolf Point Plaza<br>Chicago, Illinois 60654 |
| 16 | Telephone: (312) 862-2000<br>Email: david.rokach@kirkland.com |
| 17 | *Attorneys for Samsung Plaintiffs* |

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC. and SAMSUNG RESEARCH AMERICA | ) ) ) ) | CASE NO. 3:25-cv-2000 |
| Plaintiffs, | ) ) ) | **SAMSUNG'S ADMINISTRATIVE MOTION TO CONSIDER WHETHER ZTE'S MATERIAL SHOULD BE SEALED** |
| v. | ) ) | |
| ZTE CORPORATION | ) ) | |
| Defendant. | ) ) ) | |

1  Pursuant to Civil Local Rules 7-11 and 79-5(f), Plaintiffs Samsung Electronics Co., Ltd., Samsung Electronics America, Inc., and Samsung Research America (collectively, "Samsung") hereby bring this Administrative Motion to Consider Whether ZTE's Material Should Be Sealed in connection with Samsung's Complaint ("Complaint"), filed by Samsung concurrently herewith. Samsung does not believe any material in the Complaint requires sealing. However, in an abundance of caution, Samsung seeks to file under seal information that ZTE may believe is designated confidential by Defendant ZTE Corporation ("ZTE"), which information is discussed in the Complaint.

| Document | Subject Matter of the Sealing Request | Proposed Sealed Portions |
|---|---|---|
| Complaint | Business information that ZTE may view as being designated confidential by ZTE | Portions highlighted in yellow in unredacted version |

Samsung files this motion to afford ZTE the opportunity to file a declaration in support of sealing in accordance with L.R. 79-5(f)(3) within 7 days of this motion's filing.

Samsung respectfully requests that the Court permit the identified portions of the Complaint to be conditionally filed under seal.

| | |
|---|---|
| DATED: February 25, 2025 | Respectfully submitted, |
| | */s/ Brandon H. Brown* |

Brandon H. Brown (SBN 266347)
KIRKLAND & ELLIS LLP
555 California Street, 27th Floor
San Francisco, CA 94104
Telephone: (415) 439-1400
Email: bhbrown@kirkland.com

Gregory S. Arovas (*pro hac vice* forthcoming)
Todd M. Friedman (*pro hac vice* forthcoming)
KIRKLAND & ELLIS LLP
601 Lexington Avenue
New York, NY 10022
Telephone: (212) 446-4800
Facsimile: (212) 446-4900
Email: greg.arovas@kirkland.com
Email: todd.friedman@kirkland.com

Edward C. Donovan (*pro hac vice* forthcoming)
Stephen C. DeSalvo (*pro hac vice* forthcoming)
KIRKLAND & ELLIS LLP
1301 Pennsylvania Avenue NW
Washington, DC 20004
Telephone: (202) 389-5000
Facsimile: (202) 389-5200
Email: edward.donovan@kirkland.com
Email: stephen.desalvo@kirkland.com

David Rokach (*pro hac vice* forthcoming)
KIRKLAND & ELLIS LLP
333 W Wolf Point Plaza
Chicago, Illinois 60654
Telephone: (312) 862-2000
Facsimile: (312) 862-2200
Email: david.rokach@kirkland.com

*Attorneys for Samsung Plaintiffs*