| | |
|---|---|
| 1 | Brandon H. Brown (SBN 266347) |
| 2 | KIRKLAND & ELLIS LLP<br>555 California Street, 27th Floor |
| 3 | San Francisco, CA 94104<br>Telephone: (415) 439-1400 |
| 4 | Email: bhbrown@kirkland.com |
| 5 | Gregory S. Arovas (*pro hac vice* forthcoming)<br>Todd M. Friedman (*pro hac vice* forthcoming) |
| 6 | KIRKLAND & ELLIS LLP<br>601 Lexington Avenue |
| 7 | New York, NY 10022<br>Telephone: (212) 446-4800 |
| 8 | Email: greg.arovas@kirkland.com<br>Email: todd.friedman@kirkland.com |
| 9 | Edward C. Donovan (*pro hac vice* forthcoming) |
| 10 | Stephen C. DeSalvo (*pro hac vice* forthcoming)<br>KIRKLAND & ELLIS LLP |
| 11 | 1301 Pennsylvania Avenue NW<br>Washington, DC 20004 |
| 12 | Telephone: (202) 389-5000<br>Email: edward.donovan@kirkland.com |
| 13 | Email: stephen.desalvo@kirkland.com |
| 14 | David Rokach (*pro hac vice* forthcoming)<br>KIRKLAND & ELLIS LLP |
| 15 | 333 W Wolf Point Plaza<br>Chicago, Illinois 60654 |
| 16 | Telephone: (312) 862-2000<br>Email: david.rokach@kirkland.com |
| 17 | *Attorneys for Samsung Plaintiffs* |

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC. and SAMSUNG RESEARCH AMERICA<br><br>Plaintiffs,<br><br>v.<br><br>ZTE CORPORATION<br><br>Defendant. | CASE NO. 3:25-cv-02000<br><br>**[PROPOSED] ORDER GRANTING SAMSUNG'S ADMINISTRATIVE MOTION TO CONSIDER WHETHER ZTE'S MATERIAL SHOULD BE SEALED** |

Plaintiffs Samsung Electronics Co., Ltd., Samsung Electronics America, Inc., and Samsung Research America (collectively, "Samsung") have filed an Administrative Motion to Consider Whether ZTE's Material Should Be Sealed in connection with Samsung's Complaint ("Administrative Motion").

Having considered the Administrative Motion, the Court **GRANTS** Samsung's Administrative Motion and **ORDERS** the documents conditionally sealed to afford Defendant ZTE Corporation the opportunity to file a statement and/or declaration in accordance with Civil Local Rule 79(f)(3).

**IT IS SO ORDERED.**

Date: _____

By_____
United States District Judge