| | |
|---|---|
| 1 | Brandon H. Brown (SBN 266347) |
| 2 | KIRKLAND & ELLIS LLP<br>555 California Street, 27th Floor |
| 3 | San Francisco, CA 94104<br>Telephone: (415) 439-1400 |
| 4 | Email: bhbrown@kirkland.com |
| 5 | Gregory S. Arovas (*pro hac vice* forthcoming)<br>Todd M. Friedman (*pro hac vice* forthcoming) |
| 6 | KIRKLAND & ELLIS LLP<br>601 Lexington Avenue |
| 7 | New York, NY 10022<br>Telephone: (212) 446-4800 |
| 8 | Email: greg.arovas@kirkland.com<br>Email: todd.friedman@kirkland.com |
| 9 | Edward C. Donovan (*pro hac vice* forthcoming) |
| 10 | Stephen C. DeSalvo (*pro hac vice* forthcoming)<br>KIRKLAND & ELLIS LLP |
| 11 | 1301 Pennsylvania Avenue NW<br>Washington, DC 20004 |
| 12 | Telephone: (202) 389-5000<br>Email: edward.donovan@kirkland.com |
| 13 | Email: stephen.desalvo@kirkland.com |
| 14 | David Rokach (*pro hac vice* forthcoming)<br>KIRKLAND & ELLIS LLP |
| 15 | 333 W Wolf Point Plaza<br>Chicago, Illinois 60654 |
| 16 | Telephone: (312) 862-2000<br>Email: david.rokach@kirkland.com |
| 17 | *Attorneys for Samsung Plaintiffs* |

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC. and SAMSUNG RESEARCH AMERICA | ) ) ) ) ) | CASE NO. 3:25-cv-02000 |
| Plaintiffs, | ) ) | **PROOF OF SERVICE OF SEALED DOCUMENTS UPON COUNSEL FOR ZTE CORPORATION** |
| v. | ) ) | |
| ZTE CORPORATION | ) ) ) | |
| Defendant. | ) ) ) | |

| | | |
|---|---|---|
| 1 | DATED: February 25, 2025 | Respectfully submitted, |
| 2 | | */s/ Brandon H. Brown* |
| 3 | | Brandon H. Brown (SBN 266347) |
| | | KIRKLAND & ELLIS LLP |
| 4 | | 555 California Street, 27th Floor |
| | | San Francisco, CA 94104 |
| 5 | | Telephone: (415) 439-1400 |
| | | Email: bhbrown@kirkland.com |
| 6 | | |
| 7 | | Gregory S. Arovas (*pro hac vice* forthcoming) |
| | | Todd M. Friedman (*pro hac vice* forthcoming) |
| | | KIRKLAND & ELLIS LLP |
| 8 | | 601 Lexington Avenue |
| | | New York, NY 10022 |
| 9 | | Telephone: (212) 446-4800 |
| | | Facsimile: (212) 446-4900 |
| 10 | | Email: greg.arovas@kirkland.com |
| | | Email: todd.friedman@kirkland.com |
| 11 | | |
| 12 | | Edward C. Donovan (*pro hac vice* forthcoming) |
| | | Stephen C. DeSalvo (*pro hac vice* forthcoming) |
| | | KIRKLAND & ELLIS LLP |
| 13 | | 1301 Pennsylvania Avenue NW |
| | | Washington, DC 20004 |
| 14 | | Telephone: (202) 389-5000 |
| | | Facsimile: (202) 389-5200 |
| 15 | | Email: edward.donovan@kirkland.com |
| | | Email: stephen.desalvo@kirkland.com |
| 16 | | |
| 17 | | David Rokach (*pro hac vice* forthcoming) |
| | | KIRKLAND & ELLIS LLP |
| 18 | | 333 W Wolf Point Plaza |
| | | Chicago, Illinois 60654 |
| 19 | | Telephone: (312) 862-2000 |
| | | Facsimile: (312) 862-2200 |
| 20 | | Email: david.rokach@kirkland.com |
| 21 | | *Attorneys for Samsung Plaintiffs* |

1. I, David Rokach, am an attorney at Kirkland & Ellis LLP, counsel for Plaintiffs Samsung Electronics Co., Ltd., Samsung Electronics America, Inc., and Samsung Research America in this case.

2. I arranged for the following documents to be served upon counsel for Defendant ZTE Corporation (who represent ZTE in the co-pending UK High Court litigation between the parties, *see* Complaint ¶¶ 8, 41):

- Administrative Motion to Consider Whether ZTE's Materials Should be Sealed
- Complaint

by serving a true copy of the above-described documents via electronic mail:

> Powell Gilbert LLP
> 85 Fleet Street
> London, EC4Y 1AE
> ZTE1.1@powellgilbert.com

I declare under the penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on February 25, 2025.

　　　　　　　　　　　　　　　　　　　　　/s/ David Rokach
　　　　　　　　　　　　　　　　　　　　　David Rokach