| | |
|---|---|
| 1 | Brandon H. Brown (SBN 266347) |
| 2 | KIRKLAND & ELLIS LLP<br>555 California Street, 27th Floor |
| 3 | San Francisco, CA 94104<br>Telephone: (415) 439-1400 |
| 4 | Email: bhbrown@kirkland.com |
| 5 | Gregory S. Arovas (*pro hac vice* forthcoming)<br>Todd M. Friedman (*pro hac vice* forthcoming) |
| 6 | KIRKLAND & ELLIS LLP<br>601 Lexington Avenue |
| 7 | New York, NY 10022<br>Telephone: (212) 446-4800 |
| 8 | Email: greg.arovas@kirkland.com<br>Email: todd.friedman@kirkland.com |
| 9 | Edward C. Donovan (*pro hac vice* forthcoming) |
| 10 | Stephen C. DeSalvo (*pro hac vice* forthcoming)<br>KIRKLAND & ELLIS LLP |
| 11 | 1301 Pennsylvania Avenue NW<br>Washington, DC 20004 |
| 12 | Telephone: (202) 389-5000<br>Email: edward.donovan@kirkland.com |
| 13 | Email: stephen.desalvo@kirkland.com |
| 14 | David Rokach (*pro hac vice* forthcoming)<br>KIRKLAND & ELLIS LLP |
| 15 | 333 W Wolf Point Plaza<br>Chicago, Illinois 60654 |
| 16 | Telephone: (312) 862-2000<br>Email: david.rokach@kirkland.com |
| 17 | *Attorneys for Samsung Plaintiffs* |

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC. and SAMSUNG RESEARCH AMERICA,<br><br>Plaintiffs,<br><br>v.<br><br>ZTE CORPORATION<br><br>Defendant. | CASE NO. 3:25-cv-02000<br><br>**PLAINTIFFS' CORPORATE DISCLOSURE STATEMENT** |

1   Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, plaintiffs Samsung Electronics
2   Co., Ltd. ("SEC"), Samsung Electronics America, Inc. ("SEA"), and Samsung Research America
3   ("SRA") state as follows:
4   SEC has no parent corporation and no publicly held corporation owns 10% or more of
5   SEC's stock.
6   SEA is a wholly-owned subsidiary of SEC, a publicly held corporation organized under the
7   laws of the Republic of Korea. No other publicly held corporation owns 10% or more of SEA's
8   stock.
9   SRA is a wholly-owned subsidiary of SEA. No other publicly held corporation owns
10  10% or more of SRA's stock.

DATED: February 25, 2025

Respectfully submitted,

*/s/ Brandon H. Brown*

Brandon H. Brown (SBN 266347)
KIRKLAND & ELLIS LLP
555 California Street, 27th Floor
San Francisco, CA 94104
Telephone: (415) 439-1400
Email: bhbrown@kirkland.com

Gregory S. Arovas (*pro hac vice* forthcoming)
Todd M. Friedman (*pro hac vice* forthcoming)
KIRKLAND & ELLIS LLP
601 Lexington Avenue
New York, NY 10022
Telephone: (212) 446-4800
Facsimile: (212) 446-4900
Email: greg.arovas@kirkland.com
Email: todd.friedman@kirkland.com

Edward C. Donovan (*pro hac vice* forthcoming)
Stephen C. DeSalvo (*pro hac vice* forthcoming)
KIRKLAND & ELLIS LLP
1301 Pennsylvania Avenue NW
Washington, DC 20004
Telephone: (202) 389-5000
Facsimile: (202) 389-5200
Email: edward.donovan@kirkland.com
Email: stephen.desalvo@kirkland.com

David Rokach (*pro hac vice* forthcoming)
KIRKLAND & ELLIS LLP
333 W Wolf Point Plaza
Chicago, Illinois 60654
Telephone: (312) 862-2000
Facsimile: (312) 862-2200
Email: david.rokach@kirkland.com

*Attorneys for Samsung Plaintiffs*