1  Brandon H. Brown (SBN 266347)
   KIRKLAND & ELLIS LLP
2  555 California Street, 27th Floor
   San Francisco, CA 94104
3  Telephone: (415) 439-1400
   Email: bhbrown@kirkland.com
4
5  Gregory S. Arovas (*pro hac vice* forthcoming)
   Todd M. Friedman (*pro hac vice* forthcoming)
   KIRKLAND & ELLIS LLP
6  601 Lexington Avenue
   New York, NY 10022
7  Telephone: (212) 446-4800
   Email: greg.arovas@kirkland.com
8  Email: todd.friedman@kirkland.com

9  Edward C. Donovan (*pro hac vice* forthcoming)
   Stephen C. DeSalvo (*pro hac vice* forthcoming)
10 KIRKLAND & ELLIS LLP
   1301 Pennsylvania Avenue NW
11 Washington, DC 20004
   Telephone: (202) 389-5000
12 Email: edward.donovan@kirkland.com
   Email: stephe.desalvo@kirkland.com
13
   David Rokach (*pro hac vice* forthcoming)
14 KIRKLAND & ELLIS LLP
   333 W Wolf Point Plaza
15 Chicago, Illinois 60654
   Telephone: (312) 862-2000
16 Email: david.rokach@kirkland.com

17 *Attorneys for Samsung Plaintiffs*

18
   **UNITED STATES DISTRICT COURT**
19 **NORTHERN DISTRICT OF CALIFORNIA**

20 | | |
   |---|---|
21 | SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC. and SAMSUNG RESEARCH AMERICA | CASE NO. 3:25-cv-02000 |
22 | | **PLAINTIFFS' DISCLOSURE OF CONFLICTS AND INTERESTED ENTITIES AND PERSONS** |
23 | Plaintiffs, | |
24 | v. | |
25 | ZTE CORPORATION | |
26 | Defendant. | |
27
28

Plaintiffs Samsung Electronics Co., Ltd. ("SEC"), Samsung Electronics America, Inc. ("SEA") and Samsung Research America ("SRA") state as follows:

Pursuant to Civil L.R. 3-15, the undersigned certifies that as of this date, there is no conflict of interest (other than the named parties) to report.

DATED: February 25, 2025

Respectfully submitted,

*/s/ Brandon H. Brown*

Brandon H. Brown (SBN 266347)
KIRKLAND & ELLIS LLP
555 California Street, 27th Floor
San Francisco, CA 94104
Telephone: (415) 439-1400
Email: bhbrown@kirkland.com

Gregory S. Arovas (*pro hac vice* forthcoming)
Todd M. Friedman (*pro hac vice* forthcoming)
KIRKLAND & ELLIS LLP
601 Lexington Avenue
New York, NY 10022
Telephone: (212) 446-4800
Facsimile: (212) 446-4900
Email: greg.arovas@kirkland.com
Email: todd.friedman@kirkland.com

Edward C. Donovan (*pro hac vice* forthcoming)
Stephen C. DeSalvo (*pro hac vice* forthcoming)
KIRKLAND & ELLIS LLP
1301 Pennsylvania Avenue NW
Washington, DC 20004
Telephone: (202) 389-5000
Facsimile: (202) 389-5200
Email: edward.donovan@kirkland.com
Email: stephen.desalvo@kirkland.com

David Rokach (*pro hac vice* forthcoming)
KIRKLAND & ELLIS LLP
333 W Wolf Point Plaza
Chicago, Illinois 60654
Telephone: (312) 862-2000
Facsimile: (312) 862-2200
Email: david.rokach@kirkland.com

*Attorneys for Samsung Plaintiffs*