PERKINS COIE LLP:
John D. Esterhay, Bar No. 282330
JEsterhay@perkinscoie.com
Eric R. Maas, Bar No. 345450
EMaas@perkinscoie.com
11452 El Camino Real, Suite 300
San Diego, California 92130-2080

Elliott J. Joh, Bar No. 264927
EJoh@perkinscoie.com,
505 Howard Street, Suite 1000
San Francisco, CA 94105-3222

Kevin A. Zeck (*pro hac vice*)
KZeck@perkinscoie.com
Samantha Carl (*pro hac vice*)
SCarl@perkinscoie.com
1301 Second Avenue, Suite 4200
Seattle, Washington 98101

FOLEY & LARDNER LLP:
Kevin M. Littman (*pro hac vice*)
klittman@foley.com
Lucas I. Silva (*pro hac vice*)
lsilva@foley.com
111 Huntington Avenue, Suite 2500
Boston, MA 02199-7610

Kate E. Gehl (*pro hac vice*)
kgehl@foley.com
777 East Wisconsin Avenue
Milwaukee, WI 53202

Attorneys for Defendant ZTE Corporation

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC. and SAMSUNG RESEARCH AMERICA,<br><br>    Plaintiffs,<br><br>    v.<br><br>ZTE CORPORATION,<br><br>    Defendant. | Case No. 3:25-cv-02000-AMO<br><br>**ZTE CORPORATION'S STATEMENT OF RECENT DECISION**<br><br>Date:   November 6, 2025<br>Time:   2:00 PM<br>Judge:  Martínez-Olguín<br>Place:  Courtroom 10, 19th Floor,<br>        450 Golden Gate Ave.,<br>        San Francisco, California |

1  Pursuant to Civil Local Rule 7-3(d)(2), Defendant ZTE Corporation ("ZTE") respectfully submits this Statement of Recent Decision to alert the Court to a recent decision issued by the United Kingdom, Court of Appeal (Civil Division), that may be relevant to ZTE's pending Motion to Dismiss. Dkt. 26. The decision issued on Friday, October 31, 2025.  A copy of the decision is attached hereto as **Exhibit 1** and is available at https://www.bailii.org/ew/cases/EWCA/Civ/2025/1383.pdf. This decision issued after ZTE filed its Reply in Support of its Motion to Dismiss. Dkt. 53.

- 1 -

3:25-CV-02000-AMO
ZTE'S STATEMENT
OF RECENT DECISION

Dated: November 4, 2025

**PERKINS COIE LLP**

By: /s/ *Kevin A. Zeck*
John D. Esterhay, Bar No. 282330
JEsterhay@perkinscoie.com
Eric R. Maas, Bar No. 345450
EMaas@perkinscoie.com
PERKINS COIE LLP
11452 El Camino Real, Suite 300
San Diego, California 92130-2080

Elliott J. Joh
EJoh@perkinscoie.com, Bar No. 264927
PERKINS COIE LLP
505 Howard Street, Suite 1000
San Francisco, CA 94105-3222

Kevin A. Zeck (*pro hac vice*)
KZeck@perkinscoie.com
Samantha Carl (*pro hac vice*)
SCarl@perkinscoie.com
PERKINS COIE LLP
1301 Second Avenue, Suite 4200
Seattle, Washington 98101

Kevin M. Littman (*pro hac vice*)
klittman@foley.com
Lucas I. Silva (*pro hac vice*)
lsilva@foley.com
Foley & Lardner LLP
111 Huntington Avenue, Suite 2500
Boston, MA 02199-7610

Kate E. Gehl (*pro hac vice*)
kgehl@foley.com
Foley & Lardner LLP
777 East Wisconsin Avenue
Milwaukee, WI 53202

Attorneys for Defendant ZTE Corporation