Brandon H. Brown (SBN 266347)
KIRKLAND & ELLIS LLP
555 California Street, 27th Floor
San Francisco, CA 94104
Telephone: (415) 439-1400
Email: bhbrown@kirkland.com

Gregory S. Arovas (admitted *pro hac vice*)
Todd M. Friedman (admitted *pro hac vice*)
KIRKLAND & ELLIS LLP
601 Lexington Avenue
New York, NY 10022
Telephone: (212) 446-4800
Email: greg.arovas@kirkland.com
Email: todd.friedman@kirkland.com

Edward C. Donovan (admitted *pro hac vice*)
Stephen C. DeSalvo (admitted *pro hac vice*)
KIRKLAND & ELLIS LLP
1301 Pennsylvania Avenue NW
Washington, DC 20004
Telephone: (202) 389-5000
Email: edward.donovan@kirkland.com
Email: stephen.desalvo@kirkland.com

David Rokach (admitted *pro hac vice*)
KIRKLAND & ELLIS LLP
333 W Wolf Point Plaza
Chicago, Illinois 60654
Telephone: (312) 862-2000
Email: david.rokach@kirkland.com

*Attorneys for Samsung Plaintiffs*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC. and SAMSUNG RESEARCH AMERICA <br><br> Plaintiffs, <br><br> v. <br><br> ZTE CORPORATION <br><br> Defendant. | Case No. 3:25-cv-02000-AMO <br><br> **SAMSUNG'S ADMINISTRATIVE MOTION FOR LEAVE TO USE DEMONSTRATIVES AT THE MOTION TO DISMISS HEARING** <br><br> Courtroom:  Room 10 – 19th Floor <br> Judge:  Hon. Araceli Martínez-Olguín |

SAMSUNG'S ADMIN. MOT. RE DEMONSTRATIVES                    CASE NO. 3:25-cv-02000-AMO

Pursuant to Civil Local Rule 7-11 and the Court's recently issued October 20, 2025 Standing Order, Plaintiffs Samsung Electronics Co., Ltd., Samsung Electronics America, Inc., and Samsung Research America (collectively, "Samsung") respectfully bring this Administrative Motion for Leave to Use Demonstratives at the Motion to Dismiss Hearing.  Samsung discussed this motion for leave to use demonstratives at the upcoming hearing with ZTE's counsel, who indicated ZTE is opposed.

Until recently, the Court's standing order provided that "[i]f a party intends to use audio-visual demonstratives during a hearing (e.g., PowerPoint presentation), it shall, after meeting and conferring with the opposing parties, provide a copy to opposing parties and the Court no fewer than two (2) court days before the hearing."  Samsung had been preparing for the hearing, including its demonstratives, under this order. Samsung understands that the Court recently updated its standing order for civil cases on October 20, 2025, to provide that leave must be sought to use demonstratives 14 days in advance of the hearing.

Samsung respectfully submits that a small set of PowerPoint demonstratives (attached as Exhibit 1) will help illustrate in a simplifying manner the points at issue and will aid in crystallizing the parties' disputes.  As a result of the wide array of arguments asserted in ZTE's motion, the briefing is lengthy and complex.  Samsung's demonstratives will help bring the key disputes into focus. Moreover, Samsung's demonstratives will succinctly address incorrect assertions in ZTE's reply brief that Samsung was not given an opportunity to rebut in the briefing.

For the foregoing reasons, Samsung respectfully requests that the Court permit Samsung to use the demonstratives attached as Exhibit 1 to this Motion at the November 6, 2025 hearing on ZTE's motion to dismiss.

DATED:  November 4, 2025

Respectfully submitted,

*/s/ David Rokach*

Brandon H. Brown (SBN 266347)
KIRKLAND & ELLIS LLP
555 California Street, 27th Floor
San Francisco, CA 94104
Telephone: (415) 439-1400
Email: bhbrown@kirkland.com

Gregory S. Arovas (admitted *pro hac vice*)
Todd M. Friedman (admitted *pro hac vice*)
KIRKLAND & ELLIS LLP
601 Lexington Avenue
New York, NY 10022
Telephone: (212) 446-4800
Facsimile: (212) 446-4900
Email: greg.arovas@kirkland.com
Email: todd.friedman@kirkland.com

Edward C. Donovan (admitted *pro hac vice*)
Stephen C. DeSalvo (admitted *pro hac vice*)
KIRKLAND & ELLIS LLP
1301 Pennsylvania Avenue NW
Washington, DC 20004
Telephone: (202) 389-5000
Facsimile: (202) 389-5200
Email: edward.donovan@kirkland.com
Email: stephen.desalvo@kirkland.com

David Rokach (admitted *pro hac vice*)
KIRKLAND & ELLIS LLP
333 W Wolf Point Plaza
Chicago, Illinois 60654
Telephone: (312) 862-2000
Facsimile: (312) 862-2200
Email: david.rokach@kirkland.com

*Attorneys for Samsung Plaintiffs*