UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAMSUNG ELECTRONIC CO., LTD, et al.,

        Plaintiffs,

    v.

ZTE CORPORATION,

        Defendant.

Case No. 25-cv-02000-AMO

**ORDER TO SHOW CAUSE**

On January 30, 2026, the Court granted Defendant ZTE Corporation's motion to dismiss, finding that it did not have personal jurisdiction over ZTE. Dkt. No. 66. The Court granted Plaintiffs Samsung Electronic Co., Ltd., Samsung Electronics America, Inc., and Samsung Research America leave to amend their complaint as "Plaintiffs may still be able to proffer factual allegations that support the Court's exercise of personal jurisdiction over ZTE." *Id.* at 10. Plaintiffs were to file an amended complaint, if any, no later than February 20, 2026. *Id.* To date, Plaintiffs have not filed an amended complaint. Accordingly, the Court **ORDERS** the parties to show cause why this case should not be dismissed without prejudice in accordance with the Court's January 30, 2026 order. The parties **SHALL** file responses to this order to show cause, not to exceed three pages, no later than March 31, 2026. Failure to file a response constitutes consent to dismissal without prejudice, in accordance with the Court's finding that it does not have personal jurisdiction over ZTE.

    **IT IS SO ORDERED.**

Dated: March 18, 2026

ARACELI MARTÍNEZ-OLGUÍN
**United States District Judge**

United States District Court
Northern District of California